UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYLVIA SPENCER, VICKI HULSE, and TED YOUNGBERG,<br><br>            Plaintiffs,<br><br>            v.<br><br>WORLD VISION, INC.,<br><br>            Defendant. | Case No. C07-1551RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against PLAINTIFFS and on behalf of DEFENDANT WORLD VISION, INC. in the amount of $1,608.14.

Dated this     20th     day of JUNE, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1